1

2

3

4

5

6

7

8                                  IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10       ANDREA SMALLWOOD,

11                    Plaintiff,                        Civ. No. S-11-2384 KJM GGH
                  vs.
12
                                                       ORDER AND ORDER TO SHOW CAUSE
13       REDLINE RECOVERY SERVICES,

14                    Defendant.

15       _____/

16               The pretrial scheduling conference set for January 19, 2012 at 2:30 is hereby

17       vacated and reset for February 2, 2012 at 2:30.  The parties are directed to file their joint status

18       report no later than January 26, 2012.

19               Counsel for both parties are directed to show cause within seven days of the date

20       of this order why they should not each be sanctioned $150.00 for their failure to submit a joint

21       status report.

22               IT IS SO ORDERED.

23       DATED:  January 17, 2012.

24       _____
                                                       UNITED STATES DISTRICT JUDGE
25

26