IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREA SMALLWOOD,

      Plaintiff,

  vs.

REDLINE RECOVERY SERVICES,

      Defendant.
_____/

Civ. No. S-11-2384 KJM GGH

ORDER AND ORDER TO SHOW CAUSE

      The pretrial scheduling conference set for January 19, 2012 at 2:30 is hereby vacated and reset for February 2, 2012 at 2:30.  The parties are directed to file their joint status report no later than January 26, 2012.

      Counsel for both parties are directed to show cause within seven days of the date of this order why they should not each be sanctioned $150.00 for their failure to submit a joint status report.

      IT IS SO ORDERED.

DATED: January 17, 2012.

                                                      UNITED STATES DISTRICT JUDGE